# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED FEBRUARY 8, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**(a) PLAINTIFFS**
PMG DATA SERVICES, INC.

**DEFENDANTS**
ROBERT J. MCNALLY and HALLMARK DATA SYSTEMS, LLC

**(b)** County of Residence of First Listed Plaintiff: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
ADAM L. SAPER
HINSHAW & CULBERTSON LLP
222 N. LASALLE ST., #300, CHICAGO, IL 60601 (312) 704-3174

Attorneys (If Known)

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
- Citizen of This State: PTF [ ] 1  DEF [x] 1
- Citizen of Another State: PTF [x] 2  DEF [ ] 2
- Citizen or Subject of a Foreign Country: PTF [ ] 3  DEF [ ] 3
- Incorporated or Principal Place of Business In This State: PTF [ ] 4  DEF [ ] 4
- Incorporated and Principal Place of Business In Another State: PTF [x] 5  DEF [ ] 5
- Foreign Nation: PTF [ ] 6  DEF [ ] 6

## IV. NATURE OF SUIT
(Checked: 790 Other Labor Litigation)

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Jurisdiction is founded upon 28 U.S.C. 1332. There are no federal questions. The claims asserted relate to defendant McNally's employment with and fiduciary duties to Plaintiff.

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [x] Yes [ ] No

## IX. This case
[x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 2/8/08
SIGNATURE OF ATTORNEY OF RECORD: /s/

**08 C 854**
**JUDGE NORGLE**
**MAGISTRATE JUDGE ASHMAN**