RCC

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PMG DATA SERVICES, INC., )
　)
　　Plaintiff, )
　)
v. ) Case No. 08 CV _____
　)
ROBERT J. McNALLY and )
HALLMARK DATA SYSTEMS LLC, )
　)
　　Defendants. )

**08 C 854**

**JUDGE NORGLE**
**MAGISTRATE JUDGE ASHMAN**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEYS(S) FOR:
PMG Data Services, Inc.

| (A) | (B) |
|---|---|
| SIGNATURE /s/ Adam L. Saper | SIGNATURE |
| NAME ADAM L. SAPER | NAME |
| FIRM HINSHAW & CULBERTSON LLP | FIRM |
| STREET ADDRESS 222 N. LASALLE STREET, SUITE 300 | STREET ADDRESS |
| CITY/STATE/ZIP CHICAGO, IL 60601-1081 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 704-3174 / FAX NUMBER (312) 704-3001 | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS ASAPER@HINSHAWLAW.COM | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06255527 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 704- / FAX NUMBER (312) 704- | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.