# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 854 |
|---|---|

PMG DATA SERVICES, INC, plaintiff

   v.

ROBERT J McNALLY, et al, defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert J. McNally

| |
|---|
| NAME (Type or print)<br>Jeffrey D. Hupert |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Jeffrey D. Hupert |
| FIRM<br>Riordan, Fulkerson, Hupert & Coleman |
| STREET ADDRESS<br>30North LaSalle Street, suite 2630 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3121829 | TELEPHONE  NUMBER<br>(312)346-4740 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |