IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PMG Data Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 854 |
| v. | ) | |
| | ) | Honorable Judge Norgle |
| Robert J. McNally and | ) | |
| Hallmark Data Systems LLC, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 14, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Norgle in Courtroom 2341 of the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Defendant Robert J. McNally's Motion for an Extension of Time in Which to Answer or Otherwise Plead***, a copy of which is herewith served upon you.

RIORDAN, FULKERSON, HUPERT & COLEMAN

By: /s/ Jeffrey D. Hupert
One of his Attorneys

Jeffrey D. Hupert (ARDC No. 3121829)
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
Phone: (312) 346-4740
Fax:    (312) 346-1168
jdh@rfsc-law.com