UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08 C 854
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Hallmark Data Systems, LLC, c/o CT Corporation System** by leaving a copy with **Dawn Schulz, Service of Processor and Authorized Person**, on **March 24, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **55**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **208 S. LaSalle St., Suite #814, Chicago, IL 60604**
TIME OF DAY: **4:00 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **25**th day of **March 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

PMG DATA SERVICES, INC.

CASE NUMBER: 08 C 854

V.

ASSIGNED JUDGE: NORGLE

ROBERT J. MCNALLY and HALLMARK DATA SYSTEMS, LLC

DESIGNATED MAGISTRATE JUDGE: ASHMAN

TO: (Name and address of Defendant)

HALLMARK DATA SYSTEMS LLC
c/o CT CORPORATION SYSTEM
208 S. LASALLE STREET
#814
CHICAGO, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ADAM L. SAPER
HINSHAW & CULBERTSON LLP
222 N. LASALLE STREET
#300
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*Esperanza Arnold*
(By) DEPUTY CLERK

MAR 2 4 2008
DATE