IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PMG Data Services, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 854 |
| v. ) | |
| ) | Honorable Judge Norgle |
| Robert J. McNally and ) | |
| Hallmark Data Systems LLC, ) | Magistrate Judge Ashman |
| ) | |
| Defendants. ) | |

## JURY DEMAND

Defendant, Robert J. McNally, hereby demands trial by jury.

                                                Respectfully submitted,
                                                Defendant, Robert J. McNally


                                        By: /s/ Jeffrey D. Hupert
                                              One of his Attorneys

Jeffrey D. Hupert
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
(312) 346-4740
Fax: (312) 346-1168
jdh@rfsc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2008, I electronically filed this ***Defendant Robert J. McNally's Jury Demand*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**VIA ELECTRONIC MAIL**

Adam L. Saper, Esq.
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
asaper@hinshawlaw.com

                                              By: /s/ Jeffrey D. Hupert
                                                  Attorney for Robert J. McNally

Jeffrey D. Hupert  (ARDC No. 3121829)
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
Phone: (312) 346-4740
Fax:    (312) 346-1168
jdh@rfsc-law.com

2