IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PMG Data Services, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Robert J. McNally and )<br>Hallmark Data Systems LLC, )<br>)<br>Defendants. ) | Case No. 08 C 854<br><br>Honorable Judge Norgle<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday April 25, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the honorable Judge Norgle in Courtroom 2341 of the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendant Hallmark Data Systems' Unopposed Motion for Extension of Time in Which to File Responsive Pleading* a copy of which is herewith served upon you.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By   /s R. Lance Witcher
   R. Lance Witcher   #90785565
   720 Olive Street, 24th Floor
   St. Louis, Missouri 63101
   Telephone:  (314) 345-6214
   Facsimile:  (314) 345-6060

Attorney for Defendant Hallmark Data Systems, LLC

STLD01-1413409-1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies the foregoing was filed via the Court's CM/ECF System and thereby electronically served on this 14th day of April, 2008, upon:

| | |
|---|---|
| Adam L. Saper | Jeffrey D. Hupert |
| Hinshaw & Culbertson LLP | Riordan, Fulkerson, Hupert & Coleman |
| 222 N. LaSalle Street, Suite 300 | 30 North LaSalle Street, Suite 2630 |
| Chicago, IL  60601 | Chicago, Illinois 60602 |

                                                       s/R. Lance Witcher