**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PMG Data Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 854 |
| v. | ) | |
| | ) | Honorable Judge Norgle |
| Robert J. McNally and | ) | |
| Hallmark Data Systems LLC, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

**<u>MOTION FOR SUBSTITUTION OF COUNSEL</u>**

Respondent, Hallmark Data Systems LLC, hereby moves to substitute its counsel, R. Lance Witcher and Husch Blackwell Sanders, LLP, 720 Olive Street, Suite 2400, St. Louis, MO 63101 with new counsel: R. Lance Witcher, Ogletree, Deakins, Nash, Smoak & Stewart, 7700 Bonhomme Avenue, Suite 650, St. Louis, Missouri 63105.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART

        <u>/s/ R. Lance Witcher</u>
        R. Lance Witcher, #89938
        7700 Bonhomme Avenue, Suite 650
        St. Louis, Missouri 63105
        (314) 802-3935
        (314) 802-3936 (FAX)
        Lance.witcher@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies the foregoing was filed via the Court's CM/ECF System and thereby electronically served on this 22nd day of April, 2008, upon:

Adam L. Saper
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601

Jeffrey D. Hupert
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602

                                                       /s/R. Lance Witcher