Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 854 | DATE | 4/28/2008 |
| CASE TITLE | PMG vs. McNally, et al. | | |

**DOCKET ENTRY TEXT**

Motion for Substitution of Counsel [16] is granted.

*Charles Norgle* (signature)

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|