IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PMG Data Services, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 854 |
| v. ) | |
| ) | Honorable Judge Norgle |
| Robert J. McNally and ) | |
| Hallmark Data Systems LLC, ) | Magistrate Judge Ashman |
| ) | |
| Defendants. ) | |

**DEFENDANT HALLMARK DATA SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hallmark Data Systems, LLC files the following Corporate Disclosure Statement:

1. The parent company of Hallmark Data Systems, LLC is Ebsco Industries, Inc.

2. Ebsco Industries, Inc. is a privately-held company.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART

/s/ R. Lance Witcher
R. Lance Witcher, #89938
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
(314) 802-3935
(314) 802-3936 (FAX)
Lance.witcher@ogletreedeakins.com

Jennifer L. Colvin, 6274731
20 South Clark Street, 25th Floor
Chicago, IL 60603

        (312) 558-1220
        (312) 807-3619 (FAX)
        Jennifer.colvin@ogletreedeakins.com

        ATTORNEYS FOR DEFENDANT
        HALLMARK DATA SYSTEMS, LLC

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Adam L. Saper | Jeffrey D. Hupert |
| Hinshaw & Culbertson LLP | Riordan, Fulkerson, Hupert & Coleman |
| 222 N. LaSalle Street, Suite 300 | 30 North LaSalle Street, Suite 2630 |
| Chicago, IL 60601 | Chicago, Illinois 60602 |

        s/ R. Lance Witcher
        ATTORNEY FOR DEFENDANT
        HALLMARK DATA SYSTEMS, LLC

6266216.1 (OGLETREE)