IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PMG Data Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 854 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| Robert J. McNally and | ) | |
| Hallmark Data Systems LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES plaintiff, PMG Data Services, Inc., by its undersigned counsel, Adam L. Saper, and as its Motion for Enlargement of Time, states as follows:

1. During the initial status hearing, the Court set August 5, 2008 as the date by which the parties were to submit a proposed scheduling order and exchange Fed.R.Civ.P 26(a) disclosures. The Court also encouraged the parties to explore settlement.

2. The parties have been engaged in settlement negotiations.

3. Plaintiff respectfully requests the Court to enlarge the date by which the two aforementioned tasks need to be completed by ten days, to and including August 15, 2008, so that the parties can complete their negotiations prior to incurring the costs to complete those tasks.

4. The defendants share in the desire to complete settlement negotiations prior to incurring the costs to complete these tasks.

WHEREFORE, Plaintiff respectfully requests the Court to enlarge the date by which a proposed scheduling order needs to be submitted and Rule 26(a) disclosures need to be exchange by ten days, to and including August 5, 2008, and to grant such other relief as the Court deems appropriate.

> Respectfully submitted,
>
> PMG DATA SERVICES, Inc.
>
> By: */s/ Adam L. Saper*
> One of Their Attorneys

Adam L. Saper
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3174
asaper@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies the foregoing was sent via first class U.S. Mail, postage prepaid, on this 5th day of August, 2008, and thus served upon:

Jeffrey D. Hupert
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602

R. Lance Witcher, #89938
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105

Jennifer L. Colvin, 6274731
20 South Clark Street, 25th Floor
Chicago, IL 60603