IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PMG Data Services, Inc.,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Robert J. McNally and  )<br>Hallmark Data Systems LLC,  )<br>  )<br>      Defendants.  ) | Case No. 08 C 854<br><br>Judge Charles R. Norgle |

### NOTICE OF MOTION

TO:    Jeffrey D. Hupert
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602

R. Lance Witcher, #89938
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105

Jennifer L. Colvin, 6274731
20 South Clark Street, 25th Floor
Chicago, IL 60603
(312) 558-1220
(312) 807-3619 (FAX)

**PLEASE TAKE NOTICE** that on the 15th day of August, 2008, at 10:30 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Norgle or any Judge sitting in his stead in Courtroom 2341, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present, **Motion for Enlargement of Time,** a copy of which is hereby served upon you.

                        By:  */s/ Adam L. Saper*
                                      One of their attorneys

Adam L. Saper  #6256627
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
suite 300
Chicago, Illinois  60601
312/704-3000
312/704-3001 facsimile
asaper@hinshawlaw.com

## CERTIFICATE OF SERVICE (ECF)

      I hereby certify that I served the above and foregoing **Motion for Enlargement of Time** which was filed with the Clerk of the Court electronically using the Court's CM/ECF system on the 5th day of August, 2008.

**HINSHAW & CULBERTSON LLP**

By: */s/ Adam L. Saper*

Adam L. Saper  #6256627
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois  60601
312/704-3000
312/704-3001 facsimile
asaper@hinshawlaw.com