IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PMG Data Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 854 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| Robert J. McNally and | ) | |
| Hallmark Data Systems LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES plaintiff, PMG Data Services, Inc., and as its Motion for Voluntary Dismissal, states as follows:

1. Plaintiff has reached settlement agreements with each of the two defendants.

2. Plaintiff moves to dismiss this case, with prejudice, and with each of the parties to bear their own fees and costs. A draft stipulation is attached hereto as Exhibit A.

WHEREFORE, plaintiff requests the Court to dismiss this case, with prejudice, and with each of the parties to bear their own fees and costs.

PMG DATA SERVICES, INC

*/s/ Adam L. Saper*

Adam L. Saper
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000
asaper@hinshawlaw.com

6247665v2  0884549  66987

## CERTIFICATE OF SERVICE (ECF)

The undersigned counsel hereby certifies the foregoing **Plaintiff's Motion for Voluntary Dismissal Pursuant to Settlement** was sent via electronic mail and first class U.S. Mail, postage prepaid, on this 8th day of September, 2008, and thus served upon:

Jeffrey D. Hupert
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602

R. Lance Witcher, #89938
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105

Jennifer L. Colvin, 6274731
20 South Clark Street, 25th Floor
Chicago, IL 60603

PMG DATA SERVICES, INC

/s/ *Adam L. Saper*

Adam L. Saper  #6256627
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois  60601
312/704-3000
312/704-3001 facsimile
asaper@hinshawlaw.com

6247665v2  0884549  66987