IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PMG Data Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 854 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| Robert J. McNally and | ) | |
| Hallmark Data Systems LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, PMG Data Services, Inc., by its undersigned attorney, Adam L. Saper, hereby stipulates to the dismissal of all claims with prejudice and with all parties to bear their own fees and costs.

PMG DATA SERVICES, INC

/s/ Adam L. Saper

Adam L. Saper
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000
asaper@hinshawlaw.com


EXHIBIT A

6247665v1  0884549  66987