Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 854 | **DATE** | 9/8/2008 |
| **CASE TITLE** | PMG Data Services, Inc. vs. McNally, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Voluntary Dismissal Pursuant to Settlement [27] is granted. This case is terminated pursuant to the terms of the Plaintiff's Stipulation to Dismiss with Prejudice.

*/s/ Charles Norgle*

Docketing to mail notices.

FILED
2008 SEP -9 PM 5:51
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | |
|---|---|---|